ORIGINAL

FILED
FEB 11 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CORP.., Plaintiff, v. UNITED STATES OF AMERICA, Defendant | ) | CASE NO. 08-81 C<br><br>CORPORATE DISCLOSURE STATEMENT |

Aeroplate Corp., has no parent corporation nor does any other corporation own 10% or more of Aeroplate Corp.'s stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 08, 2008

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for Aeroplate Corp