# <u>CERTIFICATE OF SERVICE</u>

I hearby certify under penalty of perjury that on April 9, 2008 a copy of the forgoing document(s) was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

<u>/s/ Tiffany Adams</u>
Tiffany Adams