IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-81C

(Filed: April 23, 2008)

| | |
|---|---|
| AEROPLATE CORP. | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is defendant's motion for an enlargement of time of 45 days, to and including June 6, 2008, within which to file a response to plaintiff's amended complaint.

Good cause having been shown, the motion is GRANTED. Defendant shall have until June 6, 2008 to file its response.

s/ Charles F. Lettow
Judge