IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-81C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 31-day enlargement of time, to and including July 7, 2008, within which to file its response to the amended complaint. Our response is currently due on June 6, 2008. This is defendant's second request for an enlargement of time. We previously obtained one 45-day enlargement. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

The enlargement is requested because defendant's trial counsel has not yet received a litigation report from the interested agency, the Bureau of the National Guard. As we explained in our first motion for an enlargement, the Department of Justice promptly sent a copy of the original complaint and a request for a litigation report to the Department of the Army. However, due to the unusual structure of the Bureau of the National Guard (a joint bureau of the Department of the Army and the Department of the Air Force), there was a delay in identifying the legal office that will act as agency counsel in this case.

We have discussed the complaint with agency counsel and have requested that the preparation of the litigation report be expedited. At this time, however, trial counsel does not have the information necessary to draft a response to the amended complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 31 days, to an including July 7, 2008, within which to file a response to the amended complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

June 4, 2008

Attorneys for Respondent

**CERTIFICATE OF FILING**

I hereby certify that on the 4th day of June, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp