IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-81C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an eight-day enlargement of time, to and including August 14, 2008, within which to file its response to the amended complaint. Our response is currently due on August 6, 2008. This is defendant's fourth request for an enlargement of time. We previously obtained three enlargements for a total of 106 days. Plaintiff's counsel has authorized us to state that plaintiff will not oppose this motion.

The enlargement is requested because defendant's trial counsel has not yet received a litigation report and draft answer from the interested agency, the Bureau of the National Guard. During the last 30 days, the agency has made substantial progress in preparing the litigation report and draft answer. The agency has delivered a partial litigation report, has submitted certain claims to the Defense Contract Audit Agency, and has participated in discussions with plaintiff's counsel and the Government's trial counsel concerning the potential for alternative dispute resolution.

The agency has pledged to complete the litigation report by August 11, 2008. Upon receipt of the litigation report, we will need a short period of time to review the documents, analyze the issues raised by the complaint, and prepare a response to the complaint.

We recognize that the preparation of the litigation report has taken an unusual amount of time. As we stated in our July 1, 2008 motion for an enlargement, to prevent further delay we intend to file the joint preliminary status report within 14 days after the answer is filed, instead of the 49 days provided by Appendix A to the Rules of this Court.

We apologize for not filing this motion earlier. In addition to this case, the Government's trial counsel is responsible for a bid protest case, L-3 Communications Eotech, Inc. v. United States, No. 08-515C (Fed. Cl.). A conference was held in that case on August 5, 2008, the Government's reply brief in support of its dispositive motion is due on August 7, 2008, and oral argument for dispositive motions will take place on August 11, 2008. In addition, trial counsel was responsible for preparing: (1) the Government's informal brief in Jolley v. Department of Housing and Urban Development, No. 2008-3255 (Fed. Cir.), which was filed on August 4, 2008; (2) the Government's opposition to plaintiffs' motion for summary judgment in Oswalt v. United States, No. 97-733C (Fed. Cl.), which was filed on August 1, 2008; and (3) the Government's reply brief in support of its motion to dismiss in Brown v. United States, No. 08-186C (Fed. Cl.), which was filed on July 31, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of eight days, to and including August 14, 2008, within which to file a response to the amended complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

August 5, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of August, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp