IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-81C

(Filed: August 7, 2008)

AEROPLATE CORP.

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's motion for an enlargement of time of eight days, to and including August 14, 2008, within which to file a response to plaintiff's amended complaint.

Good cause having been shown, the motion is GRANTED. Defendant shall have until August 14, 2008 to file its response.

s/ Charles F. Lettow
Judge