IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CORP. | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-81C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

For its answer to the plaintiff's amended complaint ("complaint"), defendant, the United States, admits, denies and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law, and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits that the United States is the defendant and that the Department of the Army, the Department of the Air Force, and the National Guard Bureau are agencies of the United States; otherwise denies the allegations contained in paragraph 3 for lack of knowledge or information sufficient to form a belief as to their truth.

4. Admits the allegations contained in paragraph 4 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 4.

5. Admits the allegations contained in paragraph 5 to the extent supported by the

documents cited, which are the best evidence of their contents; otherwise, denies the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 6.

7. Denied.

8. Admits the allegations contained in the first sentence of paragraph 8 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 8. Admits the allegation contained in the second sentence of paragraph 8 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 8. Admits the allegation contained in the fourth sentence of paragraph 8 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 8 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

9. Denied.

10. Admits the allegations contained in the first sentence of paragraph 10 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 10. Admits the allegation contained in the second sentence of paragraph 10 that the claim was certified; the remainder of the allegations

contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 10. Admits the allegation contained in the fourth sentence of paragraph 10 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 10 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

11. Denied.

12. Admits the allegations contained in the first sentence of paragraph 12 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 12. Admits the allegation contained in the second sentence of paragraph 12 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 12. Admits the allegation contained in the fourth sentence of paragraph 12 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 12 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

13. Denied.

14. Admits the allegations contained in the first sentence of paragraph 14 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the

allegations contained in the first sentence of paragraph 14. Admits the allegation contained in the second sentence of paragraph 14 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 14. Admits the allegation contained in the fourth sentence of paragraph 14 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 14 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

15. Denied.

16. Admits the allegations contained in the first sentence of paragraph 16 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 16. Admits the allegation contained in the second sentence of paragraph 16 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 16. Admits the allegation contained in the fourth sentence of paragraph 16 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 16 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

17. Denied.

18. Admits the allegations contained in the first sentence of paragraph 18 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 18. Admits the allegation contained in the second sentence of paragraph 18 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 18. Admits the allegation contained in the fourth sentence of paragraph 18 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 18 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

19. Denied.

20. Admits the allegations contained in the first sentence of paragraph 20 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 20. Admits the allegation contained in the second sentence of paragraph 20 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 20. Admits the allegation contained in the fourth sentence of paragraph 20 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 20 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations

of fact, they are denied.

21. Denied.

22. Admits the allegations contained in the first sentence of paragraph 22 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 22. Admits the allegation contained in the second sentence of paragraph 22 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 22. Admits the allegation contained in the fourth sentence of paragraph 22 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 22 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

23. Denied.

24. Denies the allegations contained in the first sentence of paragraph 24. The second sentence of paragraph 24 constitutes plaintiff's characterization of its intention to amend the complaint, to which no answer is required. The third sentence of paragraph 24 constitutes conclusions of law, and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

25. Admits the allegations contained in the first sentence of paragraph 25 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 25. Admits the allegation contained in

the second sentence of paragraph 25 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 25. Admits the allegation contained in the fourth sentence of paragraph 25 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 25 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

26. Denied.

27. Admits the allegations contained in the first sentence of paragraph 27 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 27. Admits the allegation contained in the second sentence of paragraph 27 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 27. Admits the allegation contained in the fourth sentence of paragraph 27 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 27 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

28. Denied.

29. Admits the allegations contained in the first sentence of paragraph 29 to the extent

supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 29. Admits the allegation contained in the second sentence of paragraph 29 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of paragraph 29. Admits the allegation contained in the fourth sentence of paragraph 29 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of paragraph 29 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

30. Denied.

31 (first paragraph).[1] Admits the allegations contained in the first sentence of the first paragraph numbered 31 to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph numbered 31. Admits the allegation contained in the second sentence of first paragraph numbered 31 that the claim was certified; the remainder of the allegations contained in the second sentence of paragraph constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the third sentence of the first paragraph numbered 31. Admits the allegation contained in the fourth sentence of the first paragraph numbered 31 that the contracting officer has not responded to Aeroplate's claim; the remainder of the allegations in the fourth sentence of

[1] The complaint contains two paragraphs numbered 31.

the paragraph numbered 31 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

31 (second paragraph). Denied.

32. Denies the allegations contained in the first sentence of paragraph 32. The second sentence of paragraph 32 constitutes plaintiff's characterization of its intention to amend the complaint, to which no answer is required. The third sentence of paragraph 32 constitutes conclusions of law, and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

33. Denies that plaintiff is entitled to the relief set forth in the prayers for relief immediately following paragraph 32, or to any relief whatsoever.

34. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
by s/ Martin F. Hockey, Jr.
KIRK T. MANHARDT
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-3091
Fax: (202) 514-8640

August 14, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 14h day of August, 2008, a copy of the foregoing "DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp